**Order entered October 16, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01057-CV

### PAULA A. BONNEY, Appellant

### V.

### U.S. BANK NATIONAL ASSOCIATION, TRUSTEE, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04176**

## ORDER

The Clerk's record in this case is incomplete. Specifically, the clerk's record does not include the order that is the subject of the appeal namely, the trial court's May 28, 2015 order granting summary judgment. Accordingly, the Court **ORDERS** Felicia Pitre, District Clerk of Dallas County, Texas, to file and certify within three (3) days of the date of this order a supplemental clerk's record including the trial court's May 28, 2015 order granting summary judgment.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE